October 15, 2015


Vivian Long, Court Clerk
Seventh Court of Appeals

RE:   Reply to State's Response of Mandamus Petition
      COA Case No: 07-15-00139-CR and 07-15-00293-CR
      Tr. Ct. Case No: D-1-DC-12-904056

F I L E D
OCT 23 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Ms. Long and staff,

      Enclosed is my reply to the State's response of my mandamus
petition, and its supporting documents.  Please file these docum-
ents, bring it to the attention of the Court, and set this cause
of action before the presiding judge(s) for ruling.

      Upon filing, plsase provide me a date-stamped copy.  Thank
You for your assistance and prompt response to this important matter.


Respsctfully,

Donald Aekins, pro se #1820499
Connally Unit
899 FM 632
Kenedy, Texas   78119




cc: file, Travis Cnty Dist Atty
Enclosures

*Special Note - the only copy of Exhibit 1 was sent with the
                7th C.O.A. package.

FILED

OCT 23 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DONALD AEKINS | § | RELATOR |

REPLY TO STATE'S RESPONSE
OF RELATOR'S PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Donald Aekins, relator pro se and files his reply to the State's response to his petition for writ of mandamus, in accordance with Tex.R.App.P. 52.5.

The State submitted their response on August 17, 2015. Aekins was never provided a copy of their response until October 15, 2015; courtesy of the Seventh Court of Appeals.

1. On July 22, 2015, Aekins filed a petition for writ of mandamus seeking relief against Judge Brenda Kennedy of the 403rd District Court for, failure to rule or set for hearing Aekins' pending motions:

    a) Motion to Supplement Appellant Record
    b) Motion for Free Appellate Record; and
    c) Motion for Appointment of Counsel on Appeal.

2. The Court requested the State include whether the Court has jurisdiction to address Aekins' mandamus petition. Within this argument, Aekins contends that:

    a) due to the trial court's failure to rule on these motions;
    b) the dependancy of his DNA appeal on these motions; and
    c) the fact that the Texas Supreme Court has already assigned the Court to the DNA appeal, Aekins accordingly filed this mandamus petition with the Court.

3. The State alleges that, Aekins has not filed with the petition a certificate _or_ sworn documents material to his claim for relief. Whereinfact, Aekins will show that a "Certificate of Service" in accords with Tex.R.App.P. 9.5(d),(e), an "Inmate Unsworn Declaration" in accords with Tex.Civil Practices & Remedies Code 132.001 - 132.003, and a cover-letter requesting a ruling were filed with each motion. See (mandamus appendices - 1(b),2(b),3(b)); (Clerk's and Appellate Record). Thus, Aekins did fulfill the requirements of Tex.R.App.P. 52.7(a)(1) which state in part; "Relator must file with the petition a certified _or_ sworn copy of every document...". Aekins certificates accompanying his motions and petition are much the same as the "Certificates of Service" the State used in its Response; which also is without a "Sworn Declaration".

4. The State also claims that, Aekins failed to show that he made a demand for performance and that the trial court refused such a request. Aekins has met these prerequisites of entitlement. See (mandamus petition, pg 4-6); see In re Aekins (COA No. 03-15-00004-CV, Opinion pg 3); see also (Exhibit 1 - letter requesting ruling); In _Aranda v Dist Clerk_ the Court held, "Failure to rule is refusal.". _Id_ 207 SW3d 785 (TxCrApp).

_*Special Note_ - Aekins can not be faulted for the Travis County District Clerk's failure to provide him with a date-stamped copy of the filed documents; as requested in each action's cover-letter.

SUBMITTED and SUBSCRIBED on this the 15th day of October 2015.

Respectfully submitted

_Donald Aekins_
Relator pro se - TDCJ #1820499

## DECLARATION

"I, Donald Aekins, TDCJ #1820499, presently incarcerated in the Texas Department of Criminal Justice Correctional Institutions Division at the Connally Unit in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practices and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Reply to State's Response are true and correct and that I placed this document in the prison mailbox on this date."

"Executed on this the 15th day of October 2015."

Donald Aekins -# 1820499


## CERTIFICATE OF SERVICE

I certify that on this the 15th day of October 2015, I served the following parties with a true and correct copy of this Reply to State's Response by U.S. Mail through the prison mailbox in a postage paid package to the addresses written below:

Seventh Court of Appeals
P.O. Box 9540
Amarillo, Texas  79105-9540
   Attn:  Vivian Long, Court Clerk

Travis County District Attorney
P.O. Box 1748
Austin, Texas  78767
   Attn: Rosa Theofanis, Asst. Dist. Atty.

Donald Aekins - #1820499

Exhibit 1

June 29, 2015

Velva Price, District Clerk
Travis County Court

RE: request for ruling on my pending motions before the 403RD Dist Ct.
  Tr. Ct Cause No: D-1-DC-12-904056
  COA Case No: 07-15-00139-CR
Style: In re Donald Akins.

Over the past few months, I have submitted to your office my pro-se Motion for Free Appellate Record on Appeal, Motion for Appointment of Counsel on Appeal, and Motion to Supplement Appellant Record; in reference to the appeal of the 403RD Court's denial of my DNA Testing motion, in the above cause number. I have also requested they be filed in that Court and presented before Judge Kennedy for her ruling.

To date, I have received no correspondence from your office that these motions have been received, filed, or ruled on. As previously stated these issues are critical and necessary for me to prepare an effective appeal brief before the Seventh COA. I have communicated this delay to the Seventh COA in my request for an extension of time to file appeal brief.

In the interest of justice, I am requesting a date-stamped copy of these motions be sent to me, and that they be presented to the 403RD Court Judge for ruling.

Respectfully,
Donald Akins # 1820499
Connally Unit, 899 FM 632, Kenedy, Tx 78119

CC: file, Seventh COA

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 OCT 2015 PM 2 L

Donald Robbins #1820281
Connally Unit
99 FM 632
Kenedy, TX 78119

Seventh Court of Appeals
P.O. Box 9540
Amarillo, TX 79105-9540

Attn: Vivian Long, County Clerk